IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] EDGARDO NAVARRO SUAREZ, *et al.*,<br><br>Defendants. | No.: 25-163 (CVR) |

**UNITED STATES' MOTION FOR
<u>RELATED-CASE ASSIGNMENT AND TRANSFER</u>**

Pursuant to Rule 3A of the Local Rules of the United States District Court for the District of Puerto Rico, the United States respectfully requests that the above-captioned case, in which a federal grand jury returned an Indictment on March 27, 2025, be transferred to the trial docket of the Honorable Aida Delgado Colón, who is handling Criminal No. 23-130 (ADC), *United States v. [1] Manfred Pentzke Lemus, et. al.*

The reason for the request in that the instant Indictment includes inextricably intertwined witnesses, evidence, and issues that will be considered by Judge Delgado-Colón in Criminal No. 23-130 (ADC). Transfer of this matter to the trial docket of Judge Delgado-Colón is therefore "likely to effectuate a substantial saving of judicial effort." *See* Local Rule 3A.

*United States' Motion for*
*Related-Case Assignment and Transfer*
*25-163 (CVR)*
*Page 2 of 2*

      Accordingly, the United States respectfully requests the transfer of this matter to the trial docket of the Honorable Aida Delgado-Colón.

      I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will generate an electronic notice of this filing to be sent to the parties.

> Respectfully submitted,
>
> W. STEPHEN MULDROW
> United States Attorney
>
> <u>s/Daniel J. Olinghouse</u>
> Daniel J. Olinghouse
> Assistant United States Attorney
> USDC-PR No. G03009
> Torre Chardón, Suite 1201
> 350 Carlos Chardón Street
> San Juan, Puerto Rico 00918
> (787) 766-5656
> Daniel.Olinghouse2@usdoj.gov